# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **JONATHAN LEPPERD,** | CIVIL ACTION NO. 3:16-CV-2501 |
| Plaintiff | (Chief Judge Conner) |
| v. | |
| **NANCY A. BERRYHILL,** Acting Commissioner of Social Security, | |
| Defendant | |

## ORDER

AND NOW, this 30th day of March, 2018, upon consideration of the report (Doc. 22) of Chief Magistrate Judge Susan E. Schwab, recommending the court deny the appeal of plaintiff Jonathan Lepperd ("Lepperd") from the decision of the administrative law judge denying his application for disability insurance benefits, and the court noting that Lepperd filed objections (see Doc. 23) to the report, see FED. R. CIV. P. 72(b), and that the Commissioner of Social Security ("Commissioner") filed a response (Doc. 24) thereto, and following *de novo* review of the contested portions of the report, see Behar v. Pa. Dep't of Transp., 791 F. Supp. 2d 383, 389 (M.D. Pa. 2011) (citing Sample v. Diecks, 885 F.2d 1099, 1106 n.3 (3d Cir. 1989); 28 U.S.C. § 636(b)(1)(C)), and applying a clear error standard of review to the uncontested portions, see Cruz v. Chater, 990 F. Supp. 375, 376-78 (M.D. Pa. 1999), the court being in agreement with Judge Schwab that the administrative law judge's decision "is supported by substantial evidence," 42 U.S.C. § 405(g); see Fargnoli v. Massanari, 247 F.3d 34, 38 (3d Cir. 2001), and finding Judge Schwab's analysis to be

thorough, well-reasoned, and fully supported by the record, and further finding Lepperd's objections to be without merit and squarely addressed by Judge Schwab's comprehensive report, it is hereby ORDERED that:

1. The report (Doc. 22) of Chief Magistrate Judge Schwab is ADOPTED.

2. The Commissioner's decision denying Lepperd's application for disability insurance benefits is AFFIRMED.

3. The Clerk of Court shall enter judgment in favor of the Commissioner and against Lepperd as set forth in paragraph 2.

4. The Clerk of Court is directed to CLOSE this case.

    /S/ CHRISTOPHER C. CONNER
Christopher C. Conner, Chief Judge
United States District Court
Middle District of Pennsylvania