# UNITED STATES DISTRICT COURT
for the
## MIDDLE DISTRICT of PENNSYLVANIA

| | |
|---|---|
| JONATHAN LEPPERD, <br> *Plaintiff* <br> v. <br> NANCY A. BERRYHILL, Acting Commissioner of Social Security, <br> *Defendant* | Civil Action No. 3:16-CV-2501 <br> (Chief Judge Conner) |

**JUDGMENT IN A CIVIL ACTION**

The court has ordered that *(check one)*:

☐ the plaintiff _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____), which includes prejudgment interest at the rate of _____ %, plus postjudgment interest at the rate of _____ %, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____.

**X** other: JUDGMENT be and is hereby ENTERED in favor of defendant NANCY A. BERRYHILL, Acting Commissioner of Social Security, and against plaintiff JONATHAN LEPPERD, as follows: The Commissioner's decision denying Jonathan Lepperd's application for disability insurance benefits is AFFIRMED, in accordance with the court's order (Doc. 25), dated March 30, 2018.

This action was *(check one)*:

☐ tried by a jury with Judge or Magistrate Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge or Magistrate Judge _____ without a jury and the above decision

**X** decided by Judge or Magistrate Judge Chief Judge Christopher C. Conner

COMPLAINT FOR REVIEW OF HHS DECISION (DIWW)

Date: Mar 30, 2018

*CLERK OF COURT* PETER WELSH, Acting Clerk of Court

K. McKinney

*Signature of Clerk or Deputy Clerk*